**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:        **TRACY EILEEN BEAVER,**        :        **Chapter 13**
                                                              :
                     **Debtor**                          :        **Bky. No.  22-10098 ELF**

# O R D E R

   **AND NOW,** by Order dated **June 8, 2022**, the court having dismissed the above bankruptcy case;

   **AND**, the court having scheduled a hearing on **June 21, 2022** to consider whether an order should be entered  prohibiting the Debtor from refiling any future bankruptcy cases without prior court permission;

   **AND**, for the reasons stated at the hearing;


   It is **ORDERED** that:

1. The Debtor is **PROHIBITED** from filing another bankruptcy case without first filing a **MOTION** docketed in this bankruptcy case **REQUESTING LEAVE OF COURT** to file and **RECEIVING PERMISSION** from the court to file the new case.

2. In the event that the Debtor attempts to file a bankruptcy case in violation of this order, **THE CLERK IS INSTRUCTED NOT TO DOCKET THE BANKRUPTCY PETITION**, but instead to deliver the papers immediately to the assigned bankruptcy judge for appropriate action.

3. The prohibition set forth in Paragraph 1 shall **EXPIRE** at 11:59 p.m. on **June 21, 2023**.


**Date:  June 22, 2022**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

cc. Tracy Eileen Beaver
     1707 Chantilly Lane
     Chester Springs, PA 19425